**ALLIE GREGORY SINK v. JOHN H. TREADWELL, JR., as Executor of the Last Will and Testament of Lessie Gregory McRae, Deceased.**

22 So. (2nd) 465        January Term, 1945

May 29, 1945        Division A

*Leitner & Leitner,* for appellant.

*W. W. Whitehurst,* for appellee.

PER CURIAM:

The decree appealed from is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.